IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORDER REQUIRING GOOGLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | Case No. 11-90811 MISC JSC<br><br>ORDER |

Before the Court is the Government's motion for an order requiring Google, Inc. to assist law enforcement agents in the search of LG Brand Model MS690 Cellular Telephone, Serial Number 011KPXV0034994. Upon consideration of the motion, and for the reasons stated therein, it is hereby

ORDERED that Google, Inc. assist law enforcement agents in the examination of the LG Brand Model MS690 Cellular Telephone, Serial Number 011KPXV0034994, MEID Number 268435460007455076 (hereinafter "the Device") by unlocking the Device so that it may be examined consistent with the September 28, 2011 search warrant issued by this Court and incorporated herein.

DATED: Oct. 5, 2011

~~HON. JACQUELINE SCOTT CORLEY~~
UNITED STATES MAGISTRATE JUDGE

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE